| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| --- | --- |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Ditech Financial, LLC | |
| In Re:<br><br>Robert Hardin, Jr. and Michaela Hardin,<br><br>Debtors. | Case No.:  17-19654-MBK<br>Adv. No.:<br>Hearing Date:  7/25/2017 @ 10:00 a.m.<br><br>Judge:  Michael B. Kaplan |

**Order Filed on July 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: July 27, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:          Robert Hardin, Jr. & Michaela Hardin
Case No.:         17-19654-MBK
Caption:          **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Ditech Financial, LLC, holder of a mortgage on real property located at 18 Evelyn Court, Township of Brick, NJ 08723,  Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Marc Capone, Esquire, attorney for Debtors, Robert Hardin, Jr. and Michaela Hardin, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor will file a proof of claim prior to the proof of claim bar date; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the arrearage claim of Secured Creditor in full, when filed, through the Chapter 13; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserve their right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.