Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−19654−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert Hardin Jr.                          Michaela Hardin
18 Evelyn Ct                               18 Evelyn Ct
Brick, NJ 08723−6800                       Brick, NJ 08723−6800

Social Security No.:
   xxx−xx−3124                             xxx−xx−9855

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 8, 2017.

On August 22, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:            September 26, 2017
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 23, 2017
JAN: mrg

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 17-19654-MBK
Robert Hardin, Jr.
Michaela Hardin                                               Chapter 13
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3                  Date Rcvd: Aug 23, 2017
                              Form ID: 185                Total Noticed: 83


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
db/jdb         Robert Hardin, Jr.,    Michaela Hardin,    18 Evelyn Ct,    Brick, NJ 08723-6800
cr            +CAB East LLC, serviced by Ford Motor Credit Compan,     P.O. Box 62180,
                Colorado Springs, CO 80962-2180
516993023      American Express Centurion Bank,     c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
516818719      Amex,   PO Box 297871,    Fort Lauderdale, FL 33329-7871
516818720      Amex,   Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
516818721      Apex Asset Management LLC,    PO Box 5407,    Lancaster, PA 17606-5407
516818722      Atlantic Medical Imaging,    PO Box 1564,    Indianapolis, IN 46206-1564
516818724     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,      PO Box 982238,    El Paso, TX 79998-2238)
516818726      BB&T,   Attn: Bankruptcy Department,     6010 Golding Center Dr,    Winston Salem, NC 27103-9815
516818727      BCA Financial Services,    18001 Old Cutler Rd Ste 462,     Miami, FL 33157-6437
516818723     #Bank of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
516956258     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516818725      Barnabas Health Medical Group,     PO Box 826504,    Philadelphia, PA 19182-6504
516818728     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238-1119)
516818729      Capital One,    Attn: General Correspondence/Bankruptcy,     PO Box 30285,
                Salt Lake City, UT 84130-0285
516818730      Citi,   PO Box 6497,    Sioux Falls, SD 57117-6497
516818732      CitiBank/Best Buy,    50 NW Point Blvd,    Elk Grove Village, IL 60007-1032
516818731      Citibank North America,    Citicorp Credit Srvs/Centralized Bankrup,     PO Box 790040,
                Saint Louis, MO 63179-0040
516818733      Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,     PO Box 790040S,
                Louis, MO 63129
516818734      Citibank/the Home Depot,    PO Box 790040,    Saint Louis, MO 63179-0040
516818736      Comenity Bank/Bon Ton,    3100 Easton Square Pl,    Columbus, OH 43219-6232
516818735      Comenity Bank/Bon Ton,    Attn: Bankruptcy,    PO Box 18215,    Columbus, OH 43218
516910702      Credit First NA,    BK13 Recovery Services,    PO Box 818011,    Cleveland, OH 44181-8011
516818737      Credit First National Assoc,     Attn: BK Credit Operations,    PO Box 81315,
                Cleveland, OH 44181-0315
516818739      Ditech,   332 Minnesota St Ste 310,    Saint Paul, MN 55101-1314
516818741     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit,     National Bankruptcy Service Center,
                PO Box 62180,    Colorado Springs, CO 80962-2180)
516818743     +GC Services,    6330 Gulfton St,   Houston, TX 77081-1198
516818744     +Gem Recovery Systems,    99 Kinderkamack Rd Ste 3,    Westwood, NJ 07675-3021
516818746      Hackensack Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
516890452     +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516818752     +Life Excel,    35 Beaverson Blvd,   Brick, NJ 08723-7854
516842629     +MONMOUTH OCEAN HOSPITAL SERVICE CORP.,     C/O GEM RECOVERY SYSTEMS,
                99 KINDERKAMACK ROAD, SUITE 307,    WESTWOOD, NJ 07675-3021
516818753      Macy's,   PO Box 8218,    Mason, OH 45040-8218
516818754      Meridian Medical Group,    PO Box 416923,    Boston, MA 02241-6923
516818757     #Monarch Recovery,    10965 Decatur Rd,    Philadelphia, PA 19154-3210
516818758      Monmouth Ocean Hospital,    4806 Megill Rd Ste 3,    Neptune, NJ 07753-6926
516818759      Morris Anesthesia Group,    PO Box 4640,    Rutherford, NJ 07070-0464
516818760      National Enterprise Systems,    2479 Edison Blvd Unit A,     Twinsburg, OH 44087-2476
516818761      Northland Group,    PO Box 390905,   Minneapolis, MN 55439-0905
516818762      Northstar Location Services,    4285 Genesee St,    Cheektowaga, NY 14225-1943
516818763      Ocean Pulmonary Associates,    3 Plaza Dr Ste 2,    Toms River, NJ 08757-3764
516818764      Patricia McCormack, MD,    PO Box 1212,    Clifton, NJ 07012-0712
516818765      Shore Health Group,    1820 State Route 33 Ste 4B,    Neptune, NJ 07753-4860
516818766      Shore Heart Group,    1820 State Route 33 Ste 4B,    Neptune, NJ 07753-4860
516818767      Southern Ocean Medical Group,     PO Box 416289,    Boston, MA 02241-6289
516818778      Target,   C/O Financial & Retail Srvs Mailstopn BT,     PO Box 9475,
                Minneapolis, MN 55440-9475
516818779      Target Card Services,    PO Box 673,   Minneapolis, MN 55440-0673
517023565     +Toms River Fitness,    213 Route 37 East,    Toms River, NJ 08753-5563
516818784      Township of Brick,    PO Box 949,   Matawan, NJ 07747-0949
516818785     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank,     4325 17th Ave S,    Fargo, ND 58103-3538)
516818787      Visa Dept Store National Bank/Macy's,     Attn: Bankruptcy,    PO Box 8053,
                Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 23 2017 22:03:42      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 23 2017 22:03:39       United States Trustee,
                Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
```

```
District/off: 0312-3          User: admin              Page 2 of 3                Date Rcvd: Aug 23, 2017
                              Form ID: 185             Total Noticed: 83


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516818718      E-mail/Text: roy.buchholz@allianceoneinc.com Aug 23 2017 22:03:09     Alliance One,
                4850 E Street Rd Ste 300,   Trevose, PA 19053-6643
516818738      E-mail/Text: bankruptcy.bnc@ditech.com Aug 23 2017 22:03:28    Ditech,   Attn: Bankruptcy,
                PO Box 6172,   Rapid City, SD 57709-6172
516877805      E-mail/Text: bankruptcy.bnc@ditech.com Aug 23 2017 22:03:28
                Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
516818740      E-mail/Text: data_processing@fin-rec.com Aug 23 2017 22:03:28     Financial Recovery Services,
                PO Box 385908,   Minneapolis, MN 55438-5908
516818742      E-mail/Text: Banko@frontlineas.com Aug 23 2017 22:04:42     Frontline Asset Strategies,
                2700 Snelling Ave N Ste 250,   Roseville, MN 55113-1783
516818745      E-mail/Text: bankruptcy@affglo.com Aug 23 2017 22:03:44     Global Credit & Collection Corp.,
                5440 N Cumberland Ave Ste 300,   Chicago, IL 60656-1486
516818748      E-mail/Text: bankruptcy.notices@hdfsi.com Aug 23 2017 22:04:19     Harley Davidson Financial,
                PO Box 21829,   Carson City, NV 89721-1829
516818747      E-mail/Text: bankruptcy.notices@hdfsi.com Aug 23 2017 22:04:19     Harley Davidson Financial,
                Attention: Bankruptcy,   PO Box 22048,   Carson City, NV 89721-2048
516818749      E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Aug 23 2017 22:04:26
                Hyundai Motor Finance,   Attn: Bankruptcy,   PO Box 20809,   Fountain Valley, CA 92728-0809
516818750      E-mail/Text: cio.bncmail@irs.gov Aug 23 2017 22:03:22     Internal Revenue Service,
                955 S Springfield Ave,   Springfield, NJ 07081-3570
516818751      E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 23 2017 22:03:56     Jefferson Capital Systems, LLC,
                16 McLeland Rd,   Saint Cloud, MN 56303-2198
516818755      E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2017 22:03:39     Midland Funding,
                Attn: Bankruptcy,   PO Box 939069,   San Diego, CA 92193-9069
516818756      E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2017 22:03:39     Midland Funding LLC,
                2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
516908729      E-mail/Text: bnc-quantum@quantum3group.com Aug 23 2017 22:03:33
                Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
516820898     +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2017 22:07:14     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516818769      E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2017 22:06:44     Synchrony Bank,   PO Box 965005,
                Orlando, FL 32896-5005
516818770      E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2017 22:07:14     Synchrony Bank,   PO Box 965015,
                Orlando, FL 32896-5015
516818768      E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2017 22:07:14     Synchrony Bank,   PO Box 965036,
                Orlando, FL 32896-5036
516818771      E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2017 22:07:14     Synchrony Bank - JCP,
                PO Box 965007,   Orlando, FL 32896-5007
516818772      E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2017 22:07:00     Synchrony Bank- Walmart,
                PO Box 960024,   Orlando, FL 32896-0024
516818773      E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2017 22:07:00     Synchrony Bank/ Jc Penneys,
                Attn: Bankruptcy,   PO Box 956060,   Orlando, FL 32896-5060
516818774      E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2017 22:07:14     Synchrony Bank/ Old Navy,
                Attn: Bankruptcy,   PO Box 956060,   Orlando, FL 32896-5060
516818775      E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2017 22:07:14     Synchrony Bank/Amazon,
                Attn: Bankruptcy,   PO Box 956060,   Orlando, FL 32896-5060
516818776      E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2017 22:07:00     Synchrony Bank/Care Credit,
                Attn: Bankruptcy,   PO Box 956060,   Orlando, FL 32896-5060
516818777      E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2017 22:07:00     Synchrony Bank/Walmart,
                Attn: Bankruptcy,   PO Box 956060,   Orlando, FL 32896-5060
516818780     +E-mail/Text: bankruptcy@td.com Aug 23 2017 22:03:46     TD Bank,   70 Gray Rd,
                Portland, ME 04105-2299
516818781     +E-mail/Text: bankruptcy@td.com Aug 23 2017 22:03:46     TD Bank,   32 Chestnut St,
                Lewiston, ME 04240-7799
516874435     +E-mail/Text: bncmail@w-legal.com Aug 23 2017 22:03:50     TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516818782     +E-mail/Text: bankruptcy@td.com Aug 23 2017 22:03:46     Td Bank, N.A.,   Attn: Bankruptcy,
                32 Chestnut St,   Lewiston, ME 04240-7799
516818783      E-mail/Text: bankruptcy@td.com Aug 23 2017 22:03:46     Td Banknorth,   Attn: Bankruptcy,
                PO Box 1190,   Lewiston, ME 04243-1190
                                                                                              TOTAL: 32

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516824857*    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,   Dept. 55953,   P.O. Box 55000,
                Detroit, MI 48255-0953)
516856930*    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,   Dept. 55953,   P.O. Box 55000,
                Detroit, MI 48255-0953)
516833182*     Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
516818786*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank/Rms Cc,   Card Member Services,   PO Box 108,
                Saint Louis, MO 63166-0108)
                                                                                           TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-3            User: admin             Page 3 of 3              Date Rcvd: Aug 23, 2017
                                Form ID: 185            Total Noticed: 83
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Marc C. Capone    on behalf of Joint Debtor Michaela  Hardin mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone    on behalf of Debtor Robert  Hardin, Jr. mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6
```