MCC4785  
MARC C. CAPONE, ESQ.  
CAPONE & KEEFE, P.C.  
60 HIGHWAY 71, UNIT 2  
SPRING LAKE HEIGHTS, NJ 07762  
(732) 528-1166  
ATTORNEYS FOR DEBTOR



**Order Filed on September 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEW JERSEY

IN RE:                                                               Chapter 13

Robert & Michaela Hardin                                  Case No.: 17-19654 (MBK)

                                                                      Hearing Date:

**ORDER GRANTING APPLICATION FOR ALLOWANCE
OF ATTORNEY'S FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 25, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor(s):   Robert & Michaela Hardin
Case No.:    17-19654 (MBK)
Caption of Order:   **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$431.00** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

   <u>X</u>  <u>**$431.00**</u> through the Chapter 13 plan as an administrative priority; and

   <u>  </u>  $_____ outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

<u>**N/A**</u>