Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–19654–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert Hardin Jr.　　　　　　　　　　　　　　Michaela Hardin
18 Evelyn Ct　　　　　　　　　　　　　　　　18 Evelyn Ct
Brick, NJ 08723–6800　　　　　　　　　　　　Brick, NJ 08723–6800

Social Security No.:
　xxx–xx–3124　　　　　　　　　　　　　　　xxx–xx–9855

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 5, 2017.

On 10/18/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: November 27, 2018
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 19, 2018
JAN: gan

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-19654-MBK
Robert Hardin, Jr.                                                              Chapter 13
Michaela Hardin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Oct 19, 2018
                              Form ID: 185             Total Noticed: 86

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2018.
```
db/jdb          Robert Hardin, Jr.,    Michaela Hardin,    18 Evelyn Ct,    Brick, NJ  08723-6800
cr             +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
516993023       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516818719       Amex,   PO Box 297871,    Fort Lauderdale, FL  33329-7871
516818720       Amex,   Correspondence,    PO Box 981540,    El Paso, TX  79998-1540
516818721       Apex Asset Management LLC,    PO Box 5407,    Lancaster, PA  17606-5407
516818722       Atlantic Medical Imaging,    PO Box 1564,    Indianapolis, IN  46206-1564
516818724      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX  79998-2238)
516818726       BB&T,   Attn: Bankruptcy Department,    6010 Golding Center Dr,    Winston Salem, NC  27103-9815
516818727       BCA Financial Services,    18001 Old Cutler Rd Ste 462,    Miami, FL  33157-6437
516956258      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516818725       Barnabas Health Medical Group,    PO Box 826504,    Philadelphia, PA  19182-6504
516818730       Citi,   PO Box 6497,    Sioux Falls, SD  57117-6497
516818732       CitiBank/Best Buy,    50 NW Point Blvd,    Elk Grove Village, IL  60007-1032
516818731       Citibank North America,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                 Saint Louis, MO  63179-0040
516818733       Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
                 Louis, MO  63129
516818734       Citibank/the Home Depot,    PO Box 790040,    Saint Louis, MO  63179-0040
516910702       Credit First NA,    BK13 Recovery Services,    PO Box 818011,    Cleveland, OH 44181-8011
516818737       Credit First National Assoc,    Attn: BK Credit Operations,    PO Box 81315,
                 Cleveland, OH  44181-0315
517076727       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
516818739       Ditech,   332 Minnesota St Ste 310,    Saint Paul, MN  55101-1314
516818741      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                 PO Box 62180,    Colorado Springs, CO  80962-2180)
516818743      +GC Services,    6330 Gulfton St,    Houston, TX 77081-1198
516818746       Hackensack Meridian Health,    PO Box 650292,    Dallas, TX  75265-0292
516890452      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516818752      +Life Excel,    35 Beaverson Blvd,    Brick, NJ 08723-7854
516842629      +MONMOUTH OCEAN HOSPITAL SERVICE CORP.,    C/O GEM RECOVERY SYSTEMS,
                 99 KINDERKAMACK ROAD, SUITE 307,    WESTWOOD, NJ 07675-3021
516818753       Macy's,   PO Box 8218,    Mason, OH  45040-8218
516818754       Meridian Medical Group,    PO Box 416923,    Boston, MA  02241-6923
516818758       Monmouth Ocean Hospital,    4806 Megill Rd Ste 3,    Neptune, NJ  07753-6926
516818759       Morris Anesthesia Group,    PO Box 4640,    Rutherford, NJ  07070-0464
516818760       National Enterprise Systems,    2479 Edison Blvd Unit A,    Twinsburg, OH  44087-2476
516818761       Northland Group,    PO Box 390905,    Minneapolis, MN  55439-0905
516818762       Northstar Location Services,    4285 Genesee St,    Cheektowaga, NY  14225-1943
516818763       Ocean Pulmonary Associates,    3 Plaza Dr Ste 2,    Toms River, NJ  08757-3764
516818764      #Patricia McCormack, MD,    PO Box 1212,    Clifton, NJ  07012-0712
516818765       Shore Health Group,    1820 State Route 33 Ste 4B,    Neptune, NJ  07753-4860
516818766       Shore Heart Group,    1820 State Route 33 Ste 4B,    Neptune, NJ  07753-4860
516818767       Southern Ocean Medical Group,    PO Box 416289,    Boston, MA  02241-6289
516818778       Target,   C/O Financial & Retail Srvs Mailstopn BT,    PO Box 9475,
                 Minneapolis, MN  55440-9475
516818779       Target Card Services,    PO Box 673,    Minneapolis, MN  55440-0673
517023565      +Toms River Fitness,    213 Route 37 East,    Toms River, NJ 08753-5563
516818784       Township of Brick,    PO Box 949,    Matawan, NJ  07747-0949
516818785     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    4325 17th Ave S,    Fargo, ND  58103-3538)
516818787       Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
                 Mason, OH  45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2018 00:12:33      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2018 00:12:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516818718       E-mail/Text: roy.buchholz@allianceoneinc.com Oct 20 2018 00:11:38      Alliance One,
                 4850 E Street Rd Ste 300,    Trevose, PA  19053-6643
516818728       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 20 2018 00:14:48      Capital One,
                 15000 Capital One Dr,    Richmond, VA  23238-1119
516818729       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 20 2018 00:14:48      Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
516818735       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 20 2018 00:12:12      Comenity Bank/Bon Ton,
                 Attn: Bankruptcy,    PO Box 18215,    Columbus, OH  43218
```

```
District/off: 0312-3          User: admin              Page 2 of 3               Date Rcvd: Oct 19, 2018
                              Form ID: 185             Total Noticed: 86


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516818736     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 20 2018 00:12:12      Comenity Bank/Bon Ton,
              3100 Easton Square Pl,    Columbus, OH  43219-6232
516818738     E-mail/Text: bankruptcy.bnc@ditech.com Oct 20 2018 00:12:06      Ditech,    Attn: Bankruptcy,
              PO Box 6172,    Rapid City, SD  57709-6172
516877805     E-mail/Text: bankruptcy.bnc@ditech.com Oct 20 2018 00:12:06
              Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
516818740     E-mail/Text: data_processing@fin-rec.com Oct 20 2018 00:12:08      Financial Recovery Services,
              PO Box 385908,    Minneapolis, MN  55438-5908
516818742     E-mail/Text: Banko@frontlineas.com Oct 20 2018 00:13:40      Frontline Asset Strategies,
              2700 Snelling Ave N Ste 250,    Roseville, MN  55113-1783
516818745     E-mail/Text: bankruptcy@affglo.com Oct 20 2018 00:12:34      Global Credit & Collection Corp.,
              5440 N Cumberland Ave Ste 300,    Chicago, IL  60656-1486
516818748     E-mail/Text: bankruptcy.notices@hdfsi.com Oct 20 2018 00:13:15      Harley Davidson Financial,
              PO Box 21829,    Carson City, NV  89721-1829
516818747     E-mail/Text: bankruptcy.notices@hdfsi.com Oct 20 2018 00:13:15      Harley Davidson Financial,
              Attention: Bankruptcy,    PO Box 22048,    Carson City, NV  89721-2048
517047414    +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Oct 20 2018 00:13:24
              Hyundai Lease Titling Trust,    PO Box 20809,   Fountain Valley, CA 92728-0809
516818749     E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Oct 20 2018 00:13:24
              Hyundai Motor Finance,    Attn: Bankruptcy,    PO Box 20809,    Fountain Valley, CA  92728-0809
516818750     E-mail/Text: cio.bncmail@irs.gov Oct 20 2018 00:11:54      Internal Revenue Service,
              955 S Springfield Ave,    Springfield, NJ  07081-3570
517051669     E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 20 2018 00:12:50      Jefferson Capital Systems LLC,
              PO Box 7999,    St Cloud MN 56302-9617
516818751     E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 20 2018 00:12:50      Jefferson Capital Systems, LLC,
              16 McLeland Rd,    Saint Cloud, MN  56303-2198
516818755     E-mail/Text: bankruptcydpt@mcmcg.com Oct 20 2018 00:12:27      Midland Funding,
              Attn: Bankruptcy,    PO Box 939069,    San Diego, CA  92193-9069
517047215    +E-mail/Text: bankruptcydpt@mcmcg.com Oct 20 2018 00:12:27      Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
516818756     E-mail/Text: bankruptcydpt@mcmcg.com Oct 20 2018 00:12:27      Midland Funding LLC,
              2365 Northside Dr Ste 300,    San Diego, CA  92108-2709
517075896     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2018 00:15:19
              Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
              Norfolk VA 23541
517076630     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2018 00:14:26
              Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
              Norfolk VA 23541
516908729     E-mail/Text: bnc-quantum@quantum3group.com Oct 20 2018 00:12:22
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
516820898    +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2018 00:14:19      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516818769     E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2018 00:14:19      Synchrony Bank,    PO Box 965005,
              Orlando, FL  32896-5005
516818770     E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2018 00:15:08      Synchrony Bank,    PO Box 965015,
              Orlando, FL  32896-5015
516818768     E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2018 00:15:08      Synchrony Bank,    PO Box 965036,
              Orlando, FL  32896-5036
516818771     E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2018 00:14:20      Synchrony Bank - JCP,
              PO Box 965007,    Orlando, FL  32896-5007
516818772     E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2018 00:14:19      Synchrony Bank- Walmart,
              PO Box 960024,    Orlando, FL  32896-0024
516818773     E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2018 00:14:43      Synchrony Bank/ Jc Penneys,
              Attn: Bankruptcy,    PO Box 956060,    Orlando, FL  32896-5060
516818774     E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2018 00:14:43      Synchrony Bank/ Old Navy,
              Attn: Bankruptcy,    PO Box 956060,    Orlando, FL  32896-5060
516818775     E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2018 00:14:43      Synchrony Bank/Amazon,
              Attn: Bankruptcy,    PO Box 956060,    Orlando, FL  32896-5060
516818776     E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2018 00:14:43      Synchrony Bank/Care Credit,
              Attn: Bankruptcy,    PO Box 956060,    Orlando, FL  32896-5060
516818777     E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2018 00:14:20      Synchrony Bank/Walmart,
              Attn: Bankruptcy,    PO Box 956060,    Orlando, FL  32896-5060
516818781     E-mail/Text: bankruptcy@td.com Oct 20 2018 00:12:37      TD Bank,    32 Chestnut St,
              Lewiston, ME  04240-7744
516818780     E-mail/Text: bankruptcy@td.com Oct 20 2018 00:12:37      TD Bank,    70 Gray Rd,
              Portland, ME  04105-2019
516818782     E-mail/Text: bankruptcy@td.com Oct 20 2018 00:12:37      Td Bank, N.A.,    Attn: Bankruptcy,
              32 Chestnut St,    Lewiston, ME  04240-7744
516818783     E-mail/Text: bankruptcy@td.com Oct 20 2018 00:12:37      Td Banknorth,    Attn: Bankruptcy,
              PO Box 1190,    Lewiston, ME  04243-1190
516874435    +E-mail/Text: bncmail@w-legal.com Oct 20 2018 00:12:46      TD Bank USA, N.A.,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 41
```

```
District/off: 0312-3          User: admin              Page 3 of 3               Date Rcvd: Oct 19, 2018
                              Form ID: 185             Total Noticed: 86


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516824857*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:   Ford Motor Credit Company, LLC,    Dept. 55953,    P.O. Box 55000,
                  Detroit, MI 48255-0953)
516856930*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:   Ford Motor Credit Company, LLC,    Dept. 55953,    P.O. Box 55000,
                  Detroit, MI 48255-0953)
516833182*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516818786*     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:   US Bank/Rms Cc,    Card Member Services,    PO Box 108,
                  Saint Louis, MO   63166-0108)
516818723      ##Bank of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC   27420-6012
516818744      ##+Gem Recovery Systems,    99 Kinderkamack Rd Ste 3,    Westwood, NJ 07675-3021
516818757      ##Monarch Recovery,    10965 Decatur Rd,    Philadelphia, PA   19154-3210
                                                                                         TOTALS: 0, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marc C. Capone    on behalf of Joint Debtor Michaela   Hardin mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone    on behalf of Debtor Robert   Hardin, Jr. mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```