MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR



**Order Filed on October 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Chapter 13 |
| Robert & Michaela Hardin | Case No.: 17-19654 (MBK) |
| | Hearing Date: |

### ORDER GRANTING APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: October 29, 2018**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor(s):   Robert & Michaela Hardin
Case No.:    17-19654 (MBK)
Caption of Order:   **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$700.00** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

  **X**  **$700.00** through the Chapter 13 plan as an administrative priority; and

  ___  $_____ outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

  **$534.00** per month for **43** months