Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−19654−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert Hardin Jr. | Michaela Hardin |
| 18 Evelyn Ct | 18 Evelyn Ct |
| Brick, NJ 08723−6800 | Brick, NJ 08723−6800 |

Social Security No.:
   xxx−xx−3124                                                            xxx−xx−9855

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Robert Hardin Jr. and Michaela Hardin
           Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: July 20, 2022
JAN: wdr

Jeanne Naughton, Clerk