| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Robert Hardin Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3124<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Michaela Hardin<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9855<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  17–19654–MBK | | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert Hardin Jr.                                Michaela Hardin

11/17/22                                          **By the court:** Michael B. Kaplan
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                **Chapter 13 Discharge**                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 17-19654-MBK
Robert Hardin, Jr.                                                                   Chapter 13
Michaela Hardin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                        Page 1 of 5
Date Rcvd: Nov 17, 2022                Form ID: 3180W                    Total Noticed: 96

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Robert Hardin, Jr., Michaela Hardin, 18 Evelyn Ct, Brick, NJ 08723-6800 |
| cr | + | CAB East LLC, serviced by Ford Motor Credit Compan, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 516818721 | | Apex Asset Management LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 516818722 | | Atlantic Medical Imaging, PO Box 1564, Indianapolis, IN 46206-1564 |
| 516818726 | | BB&T, Attn: Bankruptcy Department, 6010 Golding Center Dr, Winston Salem, NC 27103-9815 |
| 516818725 | | Barnabas Health Medical Group, PO Box 826504, Philadelphia, PA 19182-6504 |
| 516818733 | | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040S, Louis, MO 63129 |
| 516818738 | | Ditech, Attn: Bankruptcy, PO Box 6172, Rapid City, SD 57709-6172 |
| 516818739 | | Ditech, 332 Minnesota St Ste 310, Saint Paul, MN 55101-1314 |
| 516877805 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516818744 | + | Gem Recovery Systems, 99 Kinderkamack Rd Ste 3, Westwood, NJ 07675-3021 |
| 516818746 | | Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 516818752 | + | Life Excel, 35 Beaverson Blvd, Brick, NJ 08723-7854 |
| 516842629 | + | MONMOUTH OCEAN HOSPITAL SERVICE CORP., C/O GEM RECOVERY SYSTEMS, 99 KINDERKAMACK ROAD, SUITE 307, WESTWOOD, NJ 07675-3021 |
| 516818754 | | Meridian Medical Group, PO Box 416923, Boston, MA 02241-6923 |
| 516818757 | | Monarch Recovery, 10965 Decatur Rd, Philadelphia, PA 19154-3210 |
| 516818758 | | Monmouth Ocean Hospital, 4806 Megill Rd Ste 3, Neptune, NJ 07753-6926 |
| 516818759 | | Morris Anesthesia Group, PO Box 4640, Rutherford, NJ 07070-0464 |
| 516818764 | | Patricia McCormack, MD, PO Box 1212, Clifton, NJ 07012-0712 |
| 516818765 | | Shore Health Group, 1820 State Route 33 Ste 4B, Neptune, NJ 07753-4860 |
| 516818766 | | Shore Heart Group, 1820 State Route 33 Ste 4B, Neptune, NJ 07753-4860 |
| 516818767 | | Southern Ocean Medical Group, PO Box 416289, Boston, MA 02241-6289 |
| 517023565 | + | Toms River Fitness, 213 Route 37 East, Toms River, NJ 08753-5563 |
| 516818784 | | Township of Brick, PO Box 949, Matawan, NJ 07747-0949 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 17 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 17 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 17 2022 20:43:00 | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 17 2022 20:43:00 | U.S. Bank Trust National Association, Robertson, |

| Recipient ID | | Notice Type | Date/Time | Recipient Address |
|---|---|---|---|---|
| 516818718 | | Email/Text: kristin.villneauve@allianceoneinc.com | Nov 17 2022 20:42:00 | Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| | | | | Alliance One, 4850 E Street Rd Ste 300, Trevose, PA 19053-6643 |
| 516993023 | | Email/PDF: bncnotices@becket-lee.com | Nov 17 2022 20:48:09 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516818719 | | Email/PDF: bncnotices@becket-lee.com | Nov 17 2022 20:48:30 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516818720 | | Email/PDF: bncnotices@becket-lee.com | Nov 17 2022 20:48:30 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 516818727 | ^ | MEBN | Nov 17 2022 20:39:49 | BCA Financial Services, 18001 Old Cutler Rd Ste 462, Miami, FL 33157-6437 |
| 516818724 | | EDI: BANKAMER.COM | Nov 18 2022 01:38:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 516818723 | | EDI: BANKAMER.COM | Nov 18 2022 01:38:00 | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 516956258 | + | EDI: BANKAMER2.COM | Nov 18 2022 01:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516818728 | | EDI: CAPITALONE.COM | Nov 18 2022 01:38:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 516818729 | | EDI: CAPITALONE.COM | Nov 18 2022 01:38:00 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516818730 | | EDI: CITICORP.COM | Nov 18 2022 01:38:00 | Citi, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516818732 | | EDI: CITICORP.COM | Nov 18 2022 01:38:00 | CitiBank/Best Buy, 50 NW Point Blvd, Elk Grove Village, IL 60007-1032 |
| 516818731 | | EDI: CITICORP.COM | Nov 18 2022 01:38:00 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, PO Box 790040, Saint Louis, MO 63179-0040 |
| 516818734 | | EDI: CITICORP.COM | Nov 18 2022 01:38:00 | Citibank/the Home Depot, PO Box 790040, Saint Louis, MO 63179-0040 |
| 516818736 | + | EDI: WFNNB.COM | Nov 18 2022 01:38:00 | Comenity Bank/Bon Ton, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 516818735 | | EDI: WFNNB.COM | Nov 18 2022 01:38:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 516910702 | | EDI: CRFRSTNA.COM | Nov 18 2022 01:38:00 | Credit First NA, BK13 Recovery Services, PO Box 818011, Cleveland, OH 44181-8011 |
| 516818737 | | EDI: CRFRSTNA.COM | Nov 18 2022 01:38:00 | Credit First National Assoc, Attn: BK Credit Operations, PO Box 81315, Cleveland, OH 44181-0315 |
| 516818787 | + | EDI: CITICORP.COM | Nov 18 2022 01:38:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 516818753 | + | EDI: CITICORP.COM | Nov 18 2022 01:38:00 | Macy's, PO Box 8218, Mason, OH 45040-8218 |
| 517076727 | | EDI: Q3G.COM | Nov 18 2022 01:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516818741 | | Email/Text: EBNBKNOT@ford.com | Nov 17 2022 20:43:00 | Ford Motor Credit, National Bankruptcy Service Center, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 516824857 | | Email/Text: EBNBKNOT@ford.com | Nov 17 2022 20:43:00 | Ford Motor Credit Company, LLC, Dept. 55953, P.O. Box 55000, Detroit, MI 48255-0953 |

Case 17-19654-MBK    Doc 90    Filed 11/19/22    Entered 11/20/22 00:15:51    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 17, 2022 | Form ID: 3180W | Total Noticed: 96 |

| | | | | |
|---|---|---|---|---|
| 516818740 | | Email/Text: data_processing@fin-rec.com | Nov 17 2022 20:43:00 | Financial Recovery Services, PO Box 385908, Minneapolis, MN 55438-5908 |
| 516818742 | | Email/Text: Banko@frontlineas.com | Nov 17 2022 20:44:00 | Frontline Asset Strategies, 2700 Snelling Ave N Ste 250, Roseville, MN 55113-1783 |
| 516818743 | | Email/Text: GCSBankruptcy@gcserv.com | Nov 17 2022 20:42:00 | GC Services, 6330 Gulfton St, Houston, TX 77081-1108 |
| 516818745 | | Email/Text: bankruptcy@afflgo.com | Nov 17 2022 20:43:00 | Global Credit & Collection Corp., 5440 N Cumberland Ave Ste 300, Chicago, IL 60656-1486 |
| 516818747 | | Email/Text: bankruptcy.notices@hdfsi.com | Nov 17 2022 20:43:00 | Harley Davidson Financial, Attention: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 516818748 | | Email/Text: bankruptcy.notices@hdfsi.com | Nov 17 2022 20:43:00 | Harley Davidson Financial, PO Box 21829, Carson City, NV 89721-1829 |
| 516890452 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Nov 17 2022 20:43:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 517047414 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 17 2022 20:44:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 516818749 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 17 2022 20:44:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 516818750 | | EDI: IRS.COM | Nov 18 2022 01:38:00 | Internal Revenue Service, 955 S Springfield Ave, Springfield, NJ 07081-3570 |
| 517051669 | | EDI: JEFFERSONCAP.COM | Nov 18 2022 01:38:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 516818751 | | EDI: JEFFERSONCAP.COM | Nov 18 2022 01:38:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 516818755 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2022 20:43:00 | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 516818756 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2022 20:43:00 | Midland Funding LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 517047215 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2022 20:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516818760 | | Email/Text: list-nes-clientservicesreps-all@nes1.com | Nov 17 2022 20:43:00 | National Enterprise Systems, 2479 Edison Blvd Unit A, Twinsburg, OH 44087-2476 |
| 518654553 | | Email/Text: mtgbk@shellpointmtg.com | Nov 17 2022 20:43:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518654552 | | Email/Text: mtgbk@shellpointmtg.com | Nov 17 2022 20:43:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 516818761 | | Email/Text: ngisupport@radiusgs.com | Nov 17 2022 20:43:00 | Northland Group, PO Box 390905, Minneapolis, MN 55439-0905 |
| 516818762 | ^ | MEBN | Nov 17 2022 20:40:04 | Northstar Location Services, 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 517075896 | | EDI: PRA.COM | Nov 18 2022 01:38:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517076630 | | EDI: PRA.COM | Nov 18 2022 01:38:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516908729 | | EDI: Q3G.COM | Nov 18 2022 01:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516818769 | | EDI: RMSC.COM | Nov 18 2022 01:38:00 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |

Case 17-19654-MBK    Doc 90    Filed 11/19/22    Entered 11/20/22 00:15:51    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 17, 2022 | Form ID: 3180W | Total Noticed: 96 |

| | | | |
|---|---|---|---|
| 516818770 | EDI: RMSC.COM | Nov 18 2022 01:38:00 | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 516818768 | EDI: RMSC.COM | Nov 18 2022 01:38:00 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 516820898 + | EDI: RMSC.COM | Nov 18 2022 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516818771 | EDI: RMSC.COM | Nov 18 2022 01:38:00 | Synchrony Bank - JCP, PO Box 965007, Orlando, FL 32896-5007 |
| 516818772 | EDI: RMSC.COM | Nov 18 2022 01:38:00 | Synchrony Bank- Walmart, PO Box 960024, Orlando, FL 32896-0024 |
| 516818773 | EDI: RMSC.COM | Nov 18 2022 01:38:00 | Synchrony Bank/ Jc Penneys, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 516818774 | EDI: RMSC.COM | Nov 18 2022 01:38:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 516818775 | EDI: RMSC.COM | Nov 18 2022 01:38:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 516818776 | EDI: RMSC.COM | Nov 18 2022 01:38:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 516818777 | EDI: RMSC.COM | Nov 18 2022 01:38:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 516818781 | EDI: TDBANKNORTH.COM | Nov 18 2022 01:38:00 | TD Bank, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 516818780 | EDI: TDBANKNORTH.COM | Nov 18 2022 01:38:00 | TD Bank, 70 Gray Rd, Portland, ME 04105-2019 |
| 516818782 | EDI: TDBANKNORTH.COM | Nov 18 2022 01:38:00 | Td Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 516818783 | EDI: TDBANKNORTH.COM | Nov 18 2022 01:38:00 | Td Banknorth, Attn: Bankruptcy, PO Box 1190, Lewiston, ME 04243-1190 |
| 516874435 + | Email/Text: bncmail@w-legal.com | Nov 17 2022 20:43:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516818778 | EDI: WTRRNBANK.COM | Nov 18 2022 01:38:00 | Target, C/O Financial & Retail Srvs Mailstopn BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 516818779 | EDI: WTRRNBANK.COM | Nov 18 2022 01:38:00 | Target Card Services, PO Box 673, Minneapolis, MN 55440-0673 |
| 519623508 + | Email/Text: bkteam@selenefinance.com | Nov 17 2022 20:43:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 519623509 + | Email/Text: bkteam@selenefinance.com | Nov 17 2022 20:43:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association 75019-6295 |
| 516818785 | EDI: USBANKARS.COM | Nov 18 2022 01:38:00 | US Bank, 4325 17th Ave S, Fargo, ND 58103-3538 |
| 516818786 | EDI: USBANKARS.COM | Nov 18 2022 01:38:00 | US Bank/Rms Cc, Card Member Services, PO Box 108, Saint Louis, MO 63166-0108 |

TOTAL: 72

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Nov 17, 2022 | Form ID: 3180W | Total Noticed: 96 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516856930 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, Dept. 55953, P.O. Box 55000, Detroit, MI 48255-0953 |
| 516833182 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 516818763 | ## | Ocean Pulmonary Associates, 3 Plaza Dr Ste 2, Toms River, NJ 08757-3764 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2022                                          Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association hkaplan@rasnj.com  kimwilson@raslg.com |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC  serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Laura M. Egerman | on behalf of Creditor New Residential Mortgage LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@raslg.com |
| Marc C Capone | on behalf of Debtor Robert Hardin  Jr. ecf@gbclawgroup.com, GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | on behalf of Joint Debtor Michaela Hardin ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor New Residential Mortgage LLC phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12